# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Lennox London

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 1 2020 ★
BROOKLYN OFFICE

# CV-20 3988

## CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**SEYBERT, J.**

**TOMLINSON, M.J.**

JURY DEMAND

YES ✓   NO _____

-against-

Nassau County District Attorney's Office (Michelle Burke) (Madeline Singas)
ADA                                          DA
First Squad Detective - 1st Precinct Gis Detectives/ 1st precinct P.O officers
APA-Nicole ALoise
Gov. Andrew M. Cuomo
Nassau County District Court / District Attorney's Office
Nassau County Court - Hon. Judge, Terence P. Murphy And
Hon. Judge, Meryl J. Berkowitz
Defendant(s). Legal Aid Society of Nassau County, N.Y.-Nancy Garber

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.   **Parties:** (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff   Lennox London

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center.
100 Carman Ave, East Meadow, New York, 11554.

Prisoner ID Number:   CC# 19004904   And NCJ# 1505154.

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

ADA
(Michelle Burke)(Madeline Singas)(Nicole Aloise).
                 DA              ADA
Full Name

District Attorney, A.D.A of Nassau County.
Job Title

262 Old Country Rd. Mineola, New York,
11501.
Address


Defendant No. 2

See Attactment. First Squad Detectives And
Full Name

1st Precient Gis Detective 1st Precient P.o officers
Job Title
                                              ⟶

_____

_____
Address


Defendant No. 3

Gov. Andrew M. Cuomo.
Full Name

Governer of New York State.
Job Title

_____

2

The State Capitol.

Albany, NY, 12224 - 0341.
_____
Address

Defendant No. 4    Nassau County District Court / District -
_____
Full Name

Attorney's Office.
_____
Job Title

99 Main St. Hemstead, New York,
11550.
_____
Address

Defendant No. 5    Hon. Judge, Terence P. Murphy / Hon. Judge, Meryl E. Berkowitz
_____
Full Name

Nassa County Court, Judges.
_____
Job Title

262 Old Country Rd. Mineola,
New York, 11501.
_____
Address

## II.  Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur?  At 148 Bauer Ave in Roosevelt,
New York, 11575 in front of My house.
_____

When did the events happen? (include approximate time and date)  At 8:15 AM on
08/27/2019.
_____

3

Facts: (what happened?) On 08/27/19, I went to my Doctors Appointment at NUMC, J-building to get a Refill of my Medication for my Mental illness, Which is Seroquel. I am diagnose with Bipolar Disorder, Szorouigui'r Disorder and Pyhchosis Depression Anxacity, Paranoia. I went because I ran out of my Medication 5 Days ago. So he told me to Come in Which I did. On my way back home, I was walking into my house I saw a Guy I had problems with that was Trying to Kill me for Months his name is Mark Carmichael he works for Roosevelt Middle School which He is a Janitor Land Space for the School is Right Next to my house which is on Bower Ave. We was Arguing over Tree branches he Throw onto My Lawn, My house. I was walking into my house and he Started to Shout at me Saying all Kind of Dirty words to me Waving His hands at Me So I Could get His Attention going to His waste Like he got a Gun So I Panic and black Out, being So Scared and Terrifyed of him because he Shot at me before he hates Me he Said he Never Like Me, So I shot to the ground to Score Him Away ⟶

II.A.    Injuries.        If you are claiming injuries as a result of the events you are complaining   Attachment ⟶
about, describe your injuries and state what medical treatment you required.  Was medical
treatment received?

I am diagnose with Tb- Tuberculosis Active Tb A Infection, that Attacks the Lungs And I am Pre- Diabetic the Medication I Take for it is Isoniazid and B6. I was taking it for 9 month My Immune System is weak I have Breathing Problems, Shotness of breath, Dry Coughing, Fever, Sneezing Runnie Nose and Runnie eyes And I get No Treatment when I Told them about ⟶

4

Attachment

III.    **Relief:** State what relief you are seeking if you prevail on your complaint.

I am Seeking for My Indictment to be Dismissed and for me to be Released from Nassau County Correctional Facility because of Emotional Distress, Mental issues Wrong-doing and UnProffesional behavior and Violation of my Constitutional Rights and Legally Insufficient Charges I was Charge with. And I am Seeking 3.5 Million Dollars for Damages Cause to me Mentally, Emotionally and Physically Distress. And I would Like to get Justice And My Freedom Back. And Released on MY OWN Recognizance.

I declare under penalty of perjury that on ___08/17/20.___, I delivered this
                                                                                  (date)
complaint to prison authorities at _Nassau County Correctional Facility_ to be mailed to the United
                                                                (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _08|17|20._

_Lennox London._
Signature of Plaintiff

_Nassau County Correctional Facility._
Name of Prison Facility or Address if not incarcerated

_100 Carman Ave, East Meadow, New York._
_11554._
Address

_CC# 19004904. And NCJ# 1505154._
Prisoner ID#

rev. 12/1/2015

→ Defendant No. 2     PAGE 1 - See Attactment.
                      PART 1.

✳ First Precient P.O Officer - Andrew Mirenda· sheild #0498·
   Supervisor - L.T. Kevin C Driscoll· # 7447·

First Squad Detective — 1st Precient Cis Detective·
  Det· Matthew Andoos - Crime Scene - NCPD·
  Det· Throo — 1st — NCPD·
  Det· Michael Foranoce — NCPD | EMU·
  Det· Mazzie — Crime Scene — NCPD.


Defendant No. 6
✳ Nancy Garber·
Legal Aid Society of Nassau County, N.Y.
   40 Main Street, 3rd Floor·
      Hempstead, NY, 11550·

## Attactment For Injures.
### Continue

→

(11A) This I also Suffer with Mental illness, I am Diagnose with Bipolor Disorder, Schizophrenia Disorder, pshychosis Depression, and Anxeity, Medication I Take is Seroquel my meds got Increase because of all the Emotional Distress pain and Suffering I am going through got worst, I Now take 300mg in the morning and 300mg at bed time night.

This Coronavirus, my Mental Issues and what is going on in My Case got worst because of Fear, Stress, worry, Anxeity, Paranoda, Panic Emotional, Distress I am help less and Scared I might Die in Jail. Im Terrifed and so Depressed because Its Nothing I Could do for Myself and Family

Due to the Covid-19 Virus pandemic, my mental issues and My Court Case and me being wrongfull Indicted and Charge this is A Violation of My Constitutional Rights.

My Mental Health Insanity, I Suffer Economic damages Pain and Suffering and Pshychological Injure by Reason of Discrimination Negligence Reicklessness and Carlessness of my Life being in Jail with Inadequate Health Care, failure to Accomodate and Medical Negligence/Neglect in the Jail.

This is wrongdoing and UNproffessional behavior Caused by the Courts Judges ADA D·A and Nassau County Correctional Center and the Medical Unit. I have Emotional

Attactment →

Distress, I am so Sad hurt heart broken, Unhappy Angry, And in Fear I might Die from my Issues.

I am Border Line Diabetic Pre-Diabetic I am on High Doses of Mental Illness Medication (600 mg A Day) And in my Court Case I am Not being Judge fairly, and truthfully and honestly.

I also Suffer Immense psychological and Mental Pain and Severe Emotional Distress, and Major Depression and Anxiety.

Respectfully!
Lennox London
CC# 19004904.
08/17/20.

<u>Attachment for Facts</u> (What Happen)

<u>Continue</u>

1. From me So on 08/27/19 in the Morning Right after Coming from my Doctor's Appointment with my psychiatrist. I was Arrested. I was Charged with PL 110/125·25·1, Attempted Murder 2nd. and PL 265·03·01 B Criminal Possession Weapon 2nd. I was Over Charge by the ADA Michelle Burke and P·O Andrew R Miranda, When I Should Not be Charge with my Correct Charges Was Attempted Assault. the Crime Scene Stated No One Was Injure or hurt or Assaulted, None. And Criminal Possession of A weapon because they Said they Found A Gun in my basement of My house. And the Crime Scene officers/photographers, GSR Lied and Said I Assaulted Someone. Detective Andoos and Detective Mazzie. Charging me with Assault Which is Legally Insufficient Charges. False, Incorrect.

Then I Went to the 1st precient, NCPD in Freeport, Li the Arrested me Lock me Up on 08/27/19. they put me in the Interrogation Room. P·O Andrew Miranda - Stheild # 0498. Supervisor LT. Kevin C Driscoll # 7447. And Detective Andoos, Detective. Mazzie and Detective, Michael Foranoce and Detective, Throo all Question and Pressure, harassed Me to Talk and give A Statement and tell them what Happen Even than I Told them I Need A Lawyer

Continue
Attachment:

(2) I don't want to talk I Said I Need A Lawyer the Never Read Me My Rights they Keep Threatening Me telling Me My Life is Over I'm going to get 25years in Prison I will Not See My Kids, the Start Putting words in My Mouth: After me being in the Room For About A few hours I Told them I don't know what happen I blank out black out, this guy Mark Camurada Was after me for a few months he Shot at me and try to Kill me I was Scared and Terrified Cause of him: I Took his gun from him: and he wanted it back he hates me all because of three branches and Arguing;

Then after I Told them what Happen, after being pressured Scared tired, Drain Exzasted after A few hours in the Interrogation 'Arrest 'Room: Then the Read me my Rights and I Still told them I have Nothing to Say to you Guys, I Said I Need My Lawyer I Need my Lawyer the Ignored me and Continue Questioning Me and P.O Andrew Miranda Lied on the Grand Jury Stand when the ADA Michelle Burke Ask him if he Read me my Right, before Questioning me he Said Yes he Lied under Oath on the Stand he Never did he Committed Perjury he Never Stop Questioning Me, he Keep on going: he Violated my Memorandum: Rights he Violated My Constitutional Rights by Law: thats Perjury on the Grand Jury Stand under OATH.

And P.O Andrew Miranda #0498, Over Charge Me with Attempted Murder which I Never Committed. and Criminal Possession of A weapon he Lied again on My Felony Complain: he Created and Charges Me with these Legally Insufficient Charges: I Should Not

Attachment of Facts (what Happen)
continue

(3) be Charge with in the first place that is NOT my
Original Charges the CRIME Seene Change me with
No one was Injure hurt Assaulted no Medical or hospital
Records or Injures took Place: No Proof of Attempted
Murder there is NO Element of Attempted Murder.
I went to My 1st Arraignment on 08/28/19 at Nassau County
District Court in Hemstead, NY, 11550 in Front of A Judge and
ADA and the give me a bail of 250.000 bond and Cash which
the Should have Never did in the 1st Place because of the Legally
Insufficient Charges I was Charge with: PL 110/125.25.1 Attempted
Murder 2nd and Criminal Possession of A weapon 2nd Degree:
PL-265.01.B. FAke Incorrect: because Evidence was Insufficient
& Illegal, No Proof of Attempted Murder. The Violated my
Constitutional Rights Over Charging me and Sending me
to Jail at Nassau County Correctional Facility. with
Ensufficient Evidence for charges I Never Commit.
   Then After That I had A 2nd Arraignment in Nassau County
Court in Mineola Ny, 11501 #262 Court House on September
24th 2019 at 9:00 Am. My Lawyer At the time Nancy Garber
Never told Me about the grand Jury. She waved my Right
to testify without Me Knowing I have A Right to
appear before a grand Jury as a Witness on my Own
behalf. If a Grand Jury Converes without giving me
Legal: Notice, I have Issues to Raise 30.30 Due Dilligence
Singer Motion also denied of Speedy Trail Right. I
Never was Told about the grand Jury at all. The
I Ndicted Me without me knowing and the A DA

(4. Michelle Burke at the time of My Arraignment on 9/24/19. She Indicted Me With 15 Counts of Charges Over Charging Me Legally Insufficient Charges and She give and Order Me a bail of 1 Million Dollars Bond and 1/2 A Million Cash she and Judge Berkowitz by the New bail Reform Law post in 2019 and took Effect on Jan 1st, 2020, My bail Should Not be that High by the New bail Reform Law.

Excessive Bail (17c) Bail that is Unreasonably High Considering the Risk that the Accused Will Not Appear for Trail. However the 8th Amendment Prohibits Excessive Bail.

Bail Clause (1951) Constitutional Law. The Provision in the 8th Amendment to the U.S. Constitution prohibiting Excessive Bail.

Also the New Bail Reform State that No Bail Should be of Undue HardShip, it Shall be Set in an Affordable Manner by Law. And they Never did that For Me in My Case My bail is STill the Same and I put IN A Writ of A State Habeas Corpus Application to Lower My bail and it is Still the Same.

And Det. Michael Foramore from the 1st Squad Detectives 1st-Precient (is Detectives NCPD | EMU. he Want to the grand Jury with illegal Evidence to Show Operability of the gun they Said they Found There Were NO BAllIstICs presentend When ask by the ADA Michelle Burke, So it is illegal for Him and ADA and Officers to Charge Me For Criminal Possession A weapon. They Can't prove that was the Weapon used at the Scene that was Shot the ground / Floor.

Operability is A Required Element of the Crime of Criminal Possession of A Hand Gun. There were NO BAllIstICs

Attachment For Facts (What Happen)

Continue

⟶

⑤ Evidence Presented as to Operability of Loaded Firearms. in the Grand Jury.

Prosecutors Information Charging Me with Attempted Murder and Criminal Possession of a Weapon in 2nd Degree, should be Subject to Dismissal on ground that Evidence before grand Jury was Illegally Insufficient.

My Indictment Should be Dismissed Due to Prosecutors, Failing to Turn Over Exculpatory Evidence the Prosecutor is Obligated to disclose Exculpatory Evidence to the grand Jury When She (ADA) Michelle Burke had it and she failed to do that. So I'm asking to get the Whole Case, Thrown Out, Dismiss off of that.

I'm Challenging the Judge's Ruling that the grand Jury Minutes were deemed Legally Sufficient without the Proper Elements of the Charge.

How and what Evidence the grand Jury Instruction used to Sustain A Charge of Attempted Murder When NO One was Injured.

The initial Charge are Attempted Assault Neither of the (2) two Charges Constitutes Attempted Murder.

Reckless Endangerment the Criminal Offense of putting Another person at Substantial Risk of Death or Serious Injury which I did Not DO.

DD Report Stated you Fired Shots at the 2 Subjects.

① How Can it be determined that you were Aiming directly at them ② Who Can Contest that you Say ⟶

⟶

② you were, or was Shooting at the ground· ③ or Shooting iN the direction to Scare them· ④ The Screen Examination Report States Attempted Assault· ⑤ If you Attempted to Assault Somebody how Can you determine if you meant or meant to Kill them or Not· ⑥ An assault Can be a Slap in the face with A handgun it Considered a deadly weapon and Somebody was hit that don't Make it Attempted Murder, it would be Assault 1st.

And in my Indictment the Prosecutor (Michelle Parihe) Over Charge Me with Multiplictions and Duplictions Counts Over Charge Me with the number of Counts for a Single offense which Should be Dismiss· which is illegal· giving me a 15 Count Indictment I Should Never have or gotten· She Violated my Constitutional Rights·

This is all wrongdoing and Unprofessional behavior by all of these Defendants·

★ The 6th Amendment guarantee Me the Right to a Speedy Trial that a Constitutional Right and Gov·Cuomo have No Legal Right to take My Rights away thats given by the Constitution and NY State Constitution by Overwriting the Constitution when he Suspended CPL-30.30 240 the Speedy Trial Rights and the Automatic Disclosure File· I Have Rights that Cannot be INFringed upon and when Gov·Cuomo Suspended Criminal Procedure Law he Violated, Due Process of Law the 14th Amendment·

They Abuse the Power of the government when they Knowingly Deliberately and Recklessly With Premeditated thoughts Deprived People of the Right to Effectively Challenge The Case

(7) And Changes against them. The Wisconsin Gov. Tony Evers Tried to Over Write the Voting Laws and the US Supreme Court Said He Could'nt do that it violated People Constitutional Rights. The Bill of Rights define everything in Criminal Procedure Law. You had 2 Presidents that tried to Deprive people of their Constitutional Rights Abraham Lincoln during the Civil War and Bush when he had the People (Terrorist) at Gauntanoma Bay for years without going to Court Proceeding Because Bush to the Writ of Habeas Corpus away from them to Challenge The Detention for the 9/11 Suitation the Combatant Tribunal Rule Art 1 39 Not Right to hold them People like they been holding me (Regards of this Pandemic (Covid-19.) it's Not part of Exigent Circumstance in 30.30 (4)(g) only Witnesses and Material evidence delay of some sort is Exigent and Exceptable.

They Can't Use the (Virus) to Suspend My Right an im Not going for it. The Highest Court in the Nation Says they Can't do that I Read It in the News Papers, it Said. I'm Sorry but you have No Constitutional Right to vote by Mail.

You have No Constitutional Right to Vote Six (6) days after an Election is Over Nor do you have any Right to Censor Information Related to an election. Not even during a Pandemic. This week the Supreme Court Ruled that Lower Federal Court Could'nt Over Write

→

⑧ Wisconsins election Laws and Force the State to Accept ballots without any Postmark Deadline Nearly a week after election, Like wise the Wisconsins Supreme Court Ruled that Gov. Tony Evers did'nt have the Authority to Arbitrarily Suspend in-Person Voting (another thing the Said) But the Court does'nt Exits to Fix your local government Incompetence or Make Life Safer.

It exits to uphold the Constitution, Now when the Say Make life Safer they talking about the Pandemic they duty is to uphold the Constitution at all Cost. Thats why I Say the Can't Suspend the 30.30 & 240 thats Constitutional Amendment and Statues but thats what the State tryna do as you Read Gov. Evers did'nt have the Authority to Suspend a Constitutional Right Something Apply to Andrew Gov. Cuomo, It's in black and white from Wisconsin Supreme Court and the U.S Supreme Court Cuomo Violated My 6th, 8th, 9th and 14th Amendments Also if they would've Released Me According to the 30.30 - Time Line, they would Have been in good Standing but they Choose to Deprive Me of My Constitutional Rights -

If they would've Released me by dropping the Charges they got 5yrs to indict again.

* In the Process of Closing the Courts down the District Attorney's Association Proposed to Gov. Andrew Cuomo to Suspend Criminal Procedure Law Timeline for CPL-30.30 and 240.10-20 for Pre-Trial detainees because of the Inability of the people to go forward with Criminal Proceeding in the Manner Prior to the Pandemic.

→

Instead of Utilizing the Required Legal Methods to Safe guard the Constitution Rights of Pre-Trail detainers as proscribed in the U.S Constitution and New York Constitution Due Process of Law that gives Petitioner the Constitutional right to CPL-30.30 and 240 Statue 6th & 14th Amends, U.S CA and NY Const art 1 §6 and 12.

The Wanton Misconduct displayed by the government of New york are Unconstitutional and Unacceptable even during a Pandemic.

The Language of the Law in the U.S Constitution and New York Constitution is Written and Gov. Andrew Cuomo Lack Legal Authorization and the Legal Standing to Overwrite what has been Written for Many years, decades and Centuries. To Overwrite the Constitution is an Unconstitutional Act that Seperate the Powers of the Legislative body from the Executive body to help the Judicial body in wrong doing by taking the Constitutional Rights of Pre-Trail detainers.

The Actions taken by the District Attorney's Association and Gov. Andrew Cuomo Suspending Criminal Procedure Law Time/Lines Violates Petitions 5th, 6th, 8th, 9th and 14th Amendments.

Time Line 30.30(1)(A).

Attachment →

(10) From the date when the defendant (Me) was Arraigned on 08/28/19 till the Month of July 2020, Constitutes a Time period of 320 days a period well in Excess of Six(6) Months. It's Obvious that the people are Not Ready for Trial and were Not Ready for Trial within Six(6) months from 08/28/19.

CPL-30.30(1)(a) 320 days is Sufficient to Acknowledge Judical Review for (6th) Amendment Trail Violation CPL-30.30(1)(a) and where this threshold period of delay is Exceeded defendant Need Not Show Actual Prejudice as Excessive delay presumptively Compromises Reliability of Trail and this presumption Increases in importance with Length of delay - U.S. CA, Const. Amend. 6. U.S. V Gutierez, 89 F. Supp. 97, 112 F. 3d, 506.

The distinction is based Essentially on the Theory that the Speedy Trail guarantee was designed Primarily to prevent Undue and Offressive incarceration ~~prior~~ to ~~prevent the~~ the Trail to Minimize Anxiety and Accompany public Accusation (United-States V Marion Supra 404 U.S.P. 320 92 S.CT at P.463 See also United States V LAVASCO Supra.) The Supreme Court Recognized of Course that any delay bringing the defendant to Trail May impair his Right to A Fair Trail. People V Singer, 44, N.Y. 2d 241, 254 405, NYS, 2d 17, 376 N.E, 2d 179.

They Right to A Speedy Trail is guaranted by the 6th Amendment of the United States Constitution and It is Enforced against the States ~~6m~~ under the 14th Amendment Graham V Brooks. D. Del 2004, 342 F. Supp. 2d 256 people V Taranovich 313, N.Y.S 2d 79 31 NYS, 2d 445.

Attachment

Supreme Court in Barker Explained that Prejudice Should be "Assessed in the light of the interests the Speedy Trail Rights was designed to Protect: (1) to Prevent Oppressive Pretrial Incarceration (2) to Minimize Anxiety and Concern of the Accused, and (3) to Limit the possibility that the defense will be impaired. Barker 407 U.S at 532, 92 S.ct. at 2193.

Defendant was Indicted September 9th 2019 and was Arraigned on Sept, 24th 2019 after being initially Indicted 8/28/19, a Reindictment was done on ~~September~~ September 9th 2019. In that Case the defendant has been a Victim of A Massive delay between Arrest and Trial Caused Prosecution to Fall Under Prima Facie Cloud of Violation of defendants Constitutional Rights of Speedy Trail. U.S V Cooper, C.A. D.C, 1974, 504, F. 2d 260, 164 U.S App.D.C. 191. U.S V West, C.A. D.C 1974, 504, f.2d 253, 164 U.S App.D.C 184. U.S V Taylor, S.D. N.Y. 1995, 884 F. Supp. 846, Affirmed 101 F.3d, 681.

The Mechanism in which Protects an Accused Persons Constitutional Rights "Criminal Procedure Law" Cannot be taken away or Misused to Justify an Unexceptable Act With No Regards to a Person Personal Constitutional Right to Excercise the 14th Amendment due Process right to a Speedy Trail governed by the 6th Amendment and the Automatic Disclosure File.

(12) Both CPL 240 and 30.30 are Critical Stages of the Criminal Procedures the defendant Have the Right To Effective Assistance of Counsel as governed by the 6th 14th Amendments to the United States Constitution. However at the time of the Suspension of CPL-240. 30.30 the procedure was done without the Presence of defendants Counsel. 6th Amendment U.S.C.A.

It is well establish that New york Government Overstepped the boundaries instead of Making decisions to uphold the Constitution.

The U.S Supreme Court Ruled against A Lower Federal Court that the Court Could'nt Overwrite Wisconsin's election Law. Wisconsins Supreme Court Ruled that Gov. Tony Evers did'nt have the Authority to Arbitrarily Suspend in Person Voting that is key for an Unconstitutional Act Just as Gov. Andrew Cuomo who Suspend the CPL 240 and 30.30. Gov. Andrew Cuomo don't have a Right to Change New Yorks Criminal Procedure Law Nor The Constitution.

The District Attorney's Association was Well aware that it would be an inability To go Forward with Criminal Procedure Law in the Manner that the People Normally proceeded instead of Following Procedures To Fix bail or Release Pre-Trail detainees the People made a Very Critical decision To Violates the Constitutional Right of Detainees To Leave them in an Oppressive in carcerated Setting that Violates Due process and is also Cruel and Unusual punishment. 8th Amendment, 14th, U.S.C.A Art. 1 § 12 N.Y Const.

Attachment.

(13)                    Continue:

The Premeditated abuse of Power generated Malice on behalf of Malfeasance from the District Attorney Association and Gov. Andrew Cuomo's Wanton Misconduct a Malicious Abuse of Legal Process the great founders would SHun and Frown upon in disgrace at the Unethical Jurisprudence that defy the essence of the United States Constitution when both Parties Conciously deprived person's of they Constitutional Rights U.S.CA.

During the Civil War President Lincoln Suspended the Right of Habeas Corpus as Well as President Bush during September 11, 2001.

  Boumedrene V Bush (U.S. Sup.CT. 2008). And the Supreme Court declosed the Policy used to be INVALId because of the Rights Mandated by The United States Constitution.

The Covid-19 Pandemic is Not an Exceptional Circumstance to be used to Justify Suspending Criminal Procedure Law. CPL-30.30(4)(g) do Not list a Pandemic as an exceptional Circumstance and to innovate Criminal Procedure Law would be a Miscarriage of Justice by Allowing the State Government leeway to take on a Renegade Approach with lawless Conduct to do as it Pleases in total disregard of the Constitution the Rights given by the Constitution and the States Put in Place that are Calibrated by the Constitution 6th, 9th, 14th, U.S.CA for Liberty and Justice for all.

IN Regards to the Covid-19 Pandemic there are underlined
Medical Conditions that are Vulnerable to the attack of the
Coronavirus· One of the underlined Conditions are Hepititis B,
Tuberculosis, TB Lung Infection and Pre-Diabetic A Condition
that Plaintiff has but was Conciously disregarded by the
Honorable Judge Terence P· Murphy and Assistant
District Attorney Nicole Aloise·

Plaintiff, with Attorney DANA Grossblatt went before the
Court Seeking a Compassionate Release due to Plaintiff's
Medical Condition·

However both Hon· Judge Terence P· Murphy and ADA
Nicole Aloise Stated that Plaintiff was Safer in the Nassau
County Correctional Center A Jail that had and have
Now Countless Cases of the Coronavirus by both Staff
and inmates population·

And they Medication I Take for my Medical Issues
is Isoniazid 50 mg (1) A day and B6 (1) once a day· for
9 Months, in the Jail· for my TB, Lung Infection, Hepititis
B·

Hon· Judge Terence P· Murphy and ADA, Nicole Aloise
Put themselves in the place of Medical physicians putting
Plaintiffs Life at RISK by Knowingly Making a decision
that was against Top Medical physicians that instructed
Doc and Jails to Release underlined detainees with the
illnesses that was Vulnerable to the Virus·

Attorney DANA Grossblatt entered Multiple pages of my
Medical Records of Plaintiff having TB, Hepititis B, Lung

Infection From 2019 to 2020, When I was on the Outside at home and when I came to Jail I was keening Treated for ADA, Nicole Aloise, Acknowledged that Plaintiff had an Underlined Condition but stated if Plaintiff was diagnosed as Asthmatic that it would be A Concern but ADA, Aloise, Said being Plaintiff was Not As sick, that he would be better off in Jail. ADA Aloise and Hon. Judge, Terence P. Murphy displayed More Concerns on Plaintiff Not being Released Insinuating that Plaintiff would Not Return back to Court although Plaintiff has Family in the State of New york for years Even putting my Address to where Plaintiff would Lodged. Judge Terence P. murphy and ADA Nicole Abise, at that Moment Put Plaintiffs life at Risk Knowingly and deliberately by Failing to adhere to Medical Regulations Sanctioned by Top Medical Staff, DOC CHS and CDC.

Hon. Judge, Murphy Rendered a Decision to Keep Plaintiff Incarcerated but Authorized the Medical Records from Nassau County Correctional Center Nu health NFQHC and Nurse which I did and he got and the ADA and my Attorney and the Courts. Showing Proof of my illnesses and Conditions

Hon. Judge Terence P. Murphy as well Place Plaintiff life at Risk aware of Plaintiffs Medical Conditions by Not Releasing him From a place (Jail) thats Hard to enforce Social distance, Where as Asymptomatic Staff and Inmates

Attachment →

## Attachment for FACTS (What Happen)
### continue

that Contracted the Virus are being Place back around the Inmate population as the Virus Can Still be Spread Due to LACK of A Virus Vaccine for Covid 19.

Judge Terence P. Murphy during my Court Conference in 2020 ask Attorney DANA Grossblatt was she Adopting the Motion to Dismiss my Inditement Filed by Plaintiff. Attorney DANA Grossblatt stated "NO, I'm Not adopting it" ADA Nicole Aloise stated the people's Readiness for Trial.

Attorney DANA Grossblatt and NANCy Garber at the time Knowingly disregarded his Clients best interest blatantly protecting the Best interest of the people by the incompetent Decision on behalf of Plaintiffs 6 Amendment Right to effective Assistance of Counsel extending his guiding hand at Critical Stages.

IT is Mandated in the 6th Amendment that all defendants, in all Criminal Proceedings are allowed and Shall Enjoy the Right to a Speedy Trail and Public trail. CPL § 30.30(a) was one of the statues under the Speedy Trail Right that gives A Person his Liberty When the People are passed the Statutory timeline on having the Case Finalized.

The District Attorney Association Aware of the Inability to go forward in A Timely Manner fail to Apply an Adequate Remedy that would Not encroach on ⟶

Attachment

⟶

Pre-Trail detainee's Constitutional Rights and liberty.

By deliberately Suspending the Timelines on both CPL § 30·30
240· was an Encroachment on Pre-Trail detainees with the
Intentions on leaving Pre-Trail detainee's ~~with~~ in an
Oppressive Incarcerated Condition during the Pandemic
Consciously depriving detainees of their Liberty with No
way of Accessing the Courts, Violating Pre-trail detainees
Due Process Right· The Method unconstitutionally Use
was Cruel and unusual Punishment depriving the
Due Process Rights of Pre-Trail detainees, the equal
Protection of the Law·

In Addition to the District Attorney's Association and Governor
Andrew M· Cuomo Suspending Speedy-Trail and disclosure
timelines, the Timeline that Pre-Trail detainees were
Incarcerated that time was also Suspended by the government
In which the time would Not be Counted against the People
Nor would Pre-Trail detainees be Credited for it.

Government Officials Conscious of the damage that the
Suspension of the Speedy Trail and disclosure Timelines
Would have on Pre-Trail detainees liberty deliberately
took Away Legal Avenues for the Release of Pre-Trail
Detainees in total disregards of Adequate Due Process of Law·
However the People's inability to go Forward failed to
Release, instead took an Unconstitutional Act ⟶

Attachment

(18)

Knowingly Encroaching on Pre-Trail detainees Liberty and
the Process.

As Pre-Trail detainee's Plaintiff has been denied the Right
to effectively Prepare a defense for his Case at hand by
being deprived of Counsel Access to the Law Library,
to Study, preparation, the Filing of Motions etc.

March 13, 2020, Gov. Andrew M. Cuomo declared A State
of Emergency when the Covid-19 Pandemic Hit the
State of New York.

The District Attorney's Association Proposed to
Gov. Andrew Cuomo that he Suspend Pre-Trail detainees
CPL-30.30 and 240.

I had A hearing Video Conference Which was Conducted
Via Zoom on May 11th 2020 at the Jail in the Law Library
at Time 10:35 am to 10:50 am, about a 3 Reassignment of
Counsel I Filed to Remove/Dismiss, DANA Grossblatt from my
Case because of Insufficient of Counsel Ineffective of Counsel
and Conflict of Interest, with Judge, Terence P. Murphy,
ADA Nicole Aloise and DANA Grossblatt Attorney, the Judge
Said he don't believe what I Said About DANA ⟶

(19) So she Rejected my Motion for the 2ⁿᵈ Time I Tried to fired her off of my Case. He Rejected my motion. And he Said he is Not Removing her from my Case.

So I Said to him on the Video VIA, Zoom that what he is doing is illegal and Wrong and the ADA Nicole Aloise it is Insufficient my Charges. My Excessive bail then Not telling me About the Grand Jury When I wanted to testify. etc.

He Said on the Record to Sue Him. Judge Murphy he Said If I don't Like what he is doing I must put in a Civil Law-Suit Against Him, this is what Judge Terence P. Murphy told me.

You Could get the minutes from the Stenographer for that DAy May 11ᵗʰ 2020. And you will hear what Judge Murphy Said on the Record. That is A Violation of my Constitutional Rights.

And My Grand Jury Minutes was Legally Insufficient because of the Evidence and Charges against me. The Indictment was Insufficient also.

But Judge Murphy and ADA, Nicole Aloise Lied and Covered and Said that the Courts and them Inspect the Grand Jury Minutes CPL-210.30 210.35, 190.25 (6) and Said in Camera and Finds that it is Not Necessary to Release the Minutes. or any portion there of to the defendant's attorney to Assist the Court in Making its determination. CPL-210.30 (3) ~

Again they Lied and Said this Court, upon Inspection of the Minutes this Court Finds that the Evidence before the grand Jury Was Legally Sufficient to Establish the Crimes Charged

(20) IN the Indictment which is Incorrect false no-True it is Actually Legally INSufficient.

And They said the grand Jury proceeding Was Not defective, which is Not True it is illegal and Insufficient

They also Lied and Said, "Finally, the Courts finds the Indictment Conforms to the Requirements of CPL-200-50 and there are No grounds upon which to Dismiss the Indictment" which is false, Incorrect, Not True, Insufficient. this is Prejudice.
      This is A Violations of my Constitutional Rights.


"IN Light of The Foregoing Reasons Petitioner (Lennox London) ask in the Interest of Justice that my Indictment Be Dismissed With Prejudice and Petitioner be Released based on the Factual allegations and Constitutional Violations that Deprived the Petitioner of Due Process to Excersise His Constitutional Right to Effectively Challenge the Charges against Him during Pre-Trail detention on Account of the Peoples INAbility to Proceed With guidelines Proscribed by Criminal Procedure Law the People Conciously deliberately with Reckless disregards of the Constitutional Rights and Statues that protect the best Interest of UNited States Citizens and the integrity of Criminal Juris prudence.
      Petitioner Rest the U.S Constitution and   ⟶

Attachment

(21) My State Constitution the 14th Amendment and to Violated the 14th Amendment is prohibited in the States.

Once due process is Violated the People Must divest Them Selves of Jurisdiction Over the person of the Petitioner.

it is An Open Miscarriage of Justice That has been Committed and in the interest of Sound Justice Petitioner (LENNOX LONDON) Should be Released because of the Constitutional Violation at HAND.

Respectfully Submitted.
Lennox London.
CC# 19004904.
08/17/20.

Mr. Lennox London.
C. C.# 190049011.
Location E2DH.
100 CARMAN AVENUE
EAST MEADOW, NEW YORK  11554-1146

MID-ISLAND NY 117
18 AUG 2020 PM 6 L

FOREVER
USA

To: United States District Court.
Eastern District of New York.
225 Cadman Plaza East, Brooklyn, Ny, 11201.

Attention: Pro Se Office.

11201-19353